AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| DIMAS ELIAS HERNANDEZ-BENITEZ | |
| DOB:<br>PDID: | CASE NUMBER: 06 - 315 - M - 01 |

**FILED**
JUL 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 2, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant was found to be:

an alien who previously has been deported and removed from the United States and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am __Akil Baldwin, Special Agent with the U.S. Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Akil Baldwin, Special Agent
U.S. Immigration and Customs Enforcement

AUSA, Frederick Yette (202) 353-1666
Sworn to before me and subscribed in my presence,

JUL 10 2006
Date

at __Washington, D.C.__
City and State

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer