## AFFIDAVIT IN SUPPORT OF COMPLAINT
### DIMAS ELIAS HERNANDEZ-BENITEZ
### DOB:

I, Akil Baldwin, being duly sworn, depose and state:

1. I am a Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I am currently assigned to the Investigative Division for the SAC/DC Office. As a part of my official duties, I investigate Administrative and Criminal violations of the Immigration and Nationality Act, and other related statutes.

2. This affidavit contains information in support of a criminal complaint and arrest warrant, charging DIMAS ELIAS HERNANDEZ-BENITEZ (hereinafter "HERNANDEZ-BENITEZ") with being an alien, as defined under Title 8, United States Code, Section 1101(a)(3), who has been found in the United States after having been previously deported and without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security or his authorized delegate for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

3. The facts and information contained in this affidavit are based on personal knowledge, as well as observations of other agents and officers involved in this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by or known to the government.

4.    Based on the information set forth below, I have reason to believe HERNANDEZ-BENITEZ is an illegal alien in the United States. I have reviewed his alien registration file maintained by ICE, and it reveals that he is a native and citizen of El Salvador.

5.    In August 2005, HERNANDEZ-BENITEZ was arrested by Immigration and Customs Enforcement Agents and put into Removal Proceedings. On October 13, 2005, an Immigration Judge entered an Order that HERNANDEZ-BENITEZ be removed from the United States to El Salvador. On December 1, 2005, HERNANDEZ-BENITEZ received a "Warning to Alien Ordered Removed or Deported," which advised him in writing that after his removal he was prohibited from entering the United States for a period of ten years without the prior approval of the U.S. Attorney General. On December 12, 2005, pursuant to the Order of Removal, HERNANDEZ-BENITEZ was removed from Dulles Airport and returned to El Salvador.

6. On or about May 31, 2006, HERNANDEZ-BENITEZ was arrested by law enforcement officers on the corner of 14th and Chapin Street, NW, Washington, DC, on an outstanding failure to appear warrant issued by a Court in the District of Columbia.

7. On June 2, 2006 HERNANDEZ-BENITEZ was advised of his administrative rights and Miranda warnings; HERNANDEZ-BENITEZ waived his rights and provided a sworn statement. In that statement, HERNANDEZ-BENITEZ stated that he re-entered the United

States illegally. Secondly, HERNANDEZ-BENITEZ stated that he had been deported from the United States. Lastly, HERNANDEZ-BENITEZ stated that he re-entered the United States without having applied for permission from the Attorney General or the Secretary of Homeland Security or his authorized delegate.

8. Your affiant has reviewed the documents contained in HERNANDEZ-BENITEZ's file, maintained by ICE, and that file indicates that he has not obtained the Attorney General's permission to reenter the country following his removal on December 12, 2005.

9. Based on the foregoing, I respectfully submit that there is probable cause to believe that HERNANDEZ-BENITEZ is an alien who previously has been removed or deported from the United States, and now has been found in the United States without first having obtained the express consent of the Attorney General or the Secretary of Homeland Security or his authorized delegate for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

                                          Akil Baldwin
                                          Senior Special Agent, ICE

Subscribed and sworn to before me this _____ 10 2006 day of July, 2006

_____
United States Magistrate Judge
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

3