AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**DIMAS ELIAS HERNANDEZ-BENITEZ**

DOB:
PDID:

**WARRANT FOR ARREST**

**FILED**
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-315-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DIMAS ELIAS HERNANDEZ-BENITEZ**
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being an alien who previously has been deported and removed from the United States, and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title **8** United States Code, Section(s) **§ 1326(a)**.

DEBORAH A. ROBINSON
Name of Issuing Officer
U.S. MAGISTRATE JUDGE

[signature]
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JUL 10 2006   D.C.
Date and Location

Bail fixed at $ _____ HOLD

by [signature]
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7/10/06 | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER Fitzgerald, Derrick | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 7/12/06 | | |